IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS, KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| JULIE LYNNE CATON | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 10-23730-7 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

 1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

 2. The address to which all such notices should be sent and substituted for that of the creditor:

> **Main Street Acquisitions Corp.**
> **c/o Becket and Lee LLP**
> **POB 3001**
> **Malvern PA 19355 0701**

 3. Debtor may have scheduled account as: AMERITECH PLATINUM MASTERCARD.

> By: /s/ GILBERT B. WEISMAN
> Gilbert B Weisman, Esquire, PA59872
> Becket & Lee LLP, Attorneys/Agent for Creditor
> POB 3001
> Malvern PA 19355-0701
> PHONE:   (610) 644-7800
> FAX:     (610) 993-8493
> EMAIL:   notices@becket-lee.com
>
> DATE:    01/06/2011

