**Form fmcfinal**  (Revised 03/23/2007)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 10–23730

Chapter: 7

In re: (Name of Debtor)

Julie Lynne Caton
1644 W. Brittany
Olathe, KS 66061

| Entered By The Court 1/19/11 | **FINAL NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court** 1/19/11 Fred Jamison Clerk of Court US Bankruptcy Court |
|---|---|---|

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Interim Federal Rules of Bankruptcy Procedure, debtors must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23), accompanied by the certificate provided by the counseling agency, as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are further notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under § 341. **The Court has no record that Debtor(s) has/have filed this required Certification and intends to close this case without an entry of discharge**. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 12

s/ Fred Jamison
Clerk, United States Bankruptcy Court