# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-23730-7 RDB  
**Case Name:** Caton, Julie Lynne  

**Trustee:** (360100) Carl R. Clark  
**Filed (f) or Converted (c):** 10/28/10 (f)  
**§341(a) Meeting Date:** 12/03/10  

**Period Ending:** 02/04/11  
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Checking account with CSD Credit Union (-6008X) | 0.00 | 191.40 | | 0.00 | 191.40 |
| 2 | Savings Account with CSD Credit Union (-6008A) | 10.05 | 10.05 | | 0.00 | 10.05 |
| 3 | Checking account with CSD Credit Union (-1005X) | 0.84 | 0.84 | | 0.00 | 0.84 |
| 4 | Savings account with CSD Credit Union (-1005X) | 100.84 | 100.84 | | 0.00 | 100.84 |
| 5 | Security deposit with landlord | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Television, computer, washer, dryer, etc, | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal used clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous costume & wedding jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | State Farm term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | BOA svg #9774 (u) | 0.00 | 100.24 | | 0.00 | 100.24 |
| 11 | BOA chkg #9774 (u) | 0.00 | 0.84 | | 0.00 | 0.84 |
| 12 | Trustee's interest in 2010 tax refunds (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| **12** | **Assets** **Totals** (Excluding unknown values) | **$1,711.73** | **$404.21** | | **$0.00** | **$404.21** |

**Major Activities Affecting Case Closing:**

Trustee will hold case open for receipt of 2010 federal and state tax returns.

**Initial Projected Date Of Final Report (TFR):** December 3, 2012     **Current Projected Date Of Final Report (TFR):** December 3, 2012